Matthew P. Minser, Esq. (SBN 296344)
Siddharth Jhans, Esq. (SBN 254165)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: sjhans@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

Jennifer J. Capabianco (SBN 193371)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Email: jcapabianco@selmanlaw.com

James E. Weger (OBA 9437)
Tadd J.P. Bogan (OBA 20962)
JONES GOTCHER & BOGAN, P.C.
3800 First Place Tower
15 East 5th Street Tulsa, OK 74103-4309
Telephone: 918.581.8250
Email: jweger@jonesgotcher.com
Email: tbogan@jamesgotcher.com

Attorneys for Defendant MASTERCRAFT FC LLC, an Oklahoma Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASTERCRAFT FC, LLC, an Oklahoma Limited Liability Company <br><br> Defendant. | Case No. 21-cv-04744 JCS <br><br> **JOINT STIPULATION FOR DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(A)(ii), Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., and Defendant MASTERCRAFT FC, LLC, by and through their respective counsel of record, reached a resolution and stipulate to the voluntary dismissal of this action, in its entirety, with prejudice, and with a mutual waiver of fees and costs.

DATED: September 7, 2022        SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Siddharth Jhans
Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

Dated: September 7, 2022        JONES, GOTCHER & BOGAN, P.C.

By: _____/S/_____
James E. Weger, OBA# 9437
Tadd J.P. Bogan, OBA# 20962
Attorneys for Defendants, Mastercraft FC LLC – Admitted Pro Hac Vice

Dated: September 7, 2022        SELMAN BREITMAN LLP

By: _____/S/_____
Jennifer J. Capabianco
Attorneys for Defendants, Mastercraft FC LLC

Dated: September 12, 2022

*IT IS SO ORDERED*
[Signature]
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA